Nabeel M. Zuberi, (SBN 294600)
**McCALLA RAYMER LEIBERT PIERCE, LLP**
301 East Ocean Boulevard, Suite 1720
Long Beach, California 90802
Telephone: (562) 983-5378
Email: Nabeel.Zuberi@mccalla.com

Attorneys for Defendant,
Affinia Default Services, LLC

# UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vien Phuong Thi Ho,<br><br>          Plaintiff,<br><br>     vs.<br><br>Nationstar Mortgage, LLC dba Mr. Cooper, Nationstar Mortgage Holdings Inc., Mr. Cooper Group Inc., HSBC Bank USA, N.A. CTLA HSBC Bank USA, CORP Trust & Loan Agency, HSBC Bank USA NA., Affinia Default Services, LLC, Does 1 to 10,<br><br>          Defendants. | Case No.: 2:19-cv-10532-ODW-JPR<br><br>**NOTICE OF DEFENDANT AFFINIA DEFAULT SERVICES, LLC'S MOTION TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**NO ORAL ARGUMENT REQUESTED**<br><br>*Hon. Otis D. Wright II*<br><br>Complaint Filed:  December 12, 2019<br><br>**Hearing:**<br>Date: February 24, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on February 24, 2020, at 1:30 p.m., or as soon as counsel may be heard in Department 5D, the Honorable Otis D. Wright II presiding, in the Unites States District Court for the Central District of California Western Division, located at 350 West 1st Street, Los Angeles, California 90012, Defendant Affinia Default Services, LLC ("Affinia") will and hereby does move this Court for an Order extending the time for it to respond to Plaintiff Vien Phuong Thi Ho's ("Plaintiff") Complaint.

///

1  Specifically, Affinia moves for an Order granting an extension of time up to and
2  including February 24, 2020 to respond to Plaintiff's Complaint.
3  Defendant's Motion is based upon this Notice of Motion, the Memorandum of Points and
4  Authorities in support thereof, an any other matters as may be presented to the Court at the time
5  of this hearing.
6  Dated:  1/29/2020                          **McCALLA RAYMER LEIBERT PIERCE, LLP**

By:     */s/ Nabeel M. Zuberi*
        **NABEEL M. ZUBERI**
        Attorneys for Defendant,
        Affinia Default Services, LLC

-3-

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Affinia Default Services, LLC ("Affinia") by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby submits the following Memorandum in support of its Motion for an Enlargement of Time ("Motion") to respond to Plaintiff Vien Phuong Thi Ho's ("Plaintiff") Complaint. In support of its Motion, Affinia states as follows:

1. Plaintiff filed her Complaint on or about December 12, 2019.

2. Affinia was purportedly served on or about January 6, 2020.

3. Based on the purported date of service, Affinia's response to the Complaint was due January 27, 2020 pursuant to Fed. R. Civ. P. 81(c). Affinia miscalculated its responsive deadline for the first week of February.

4. In her lengthy Complaint, Plaintiff alleges, *inter alia*, causes of action for (i) Fraud; (ii) Violations of the Fair Debt Collection Practices Act; (iii) Violations of the Racketeer Influenced and Corrupt Organizations Act; (iv) Declaratory Judgment; (v) Loan Fraud; (vi) Negligent Misrepresentation; (vii) Violations of the California Rosenthal Fair Debt Collection Practices Act; (viii) Violations of California Civil Code §§1572, 1709, and 1710; (ix) Civil Conspiracy; (x) Cancellation of Written Instruments; (xi) California Consumers Legal Remedies Act; and (xii) Invasion of Privacy and Unjust Enrichment.

5. Due to the length of the Complaint and the nature of Plaintiff's allegations, Affinia requires a brief extension of time to complete an investigation into the factual allegation contained Plaintiff's Complaint.

6. Moreover, Affinia, as merely the foreclosure trustee, is a nominal party that anticipates simply joining the pleadings filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper"). Allowing Affinia additional time to respond, in congruence with Mr. Cooper, will avoid duplicate pleadings by the parties.

7. On January 28, 2020, after receiving ECF notice of Plaintiff filing a proof of service as to Affinia, Affinia's undersigned counsel contacted Plaintiff to discuss a stipulation for the

///

1  extension sought herein, in an effort to avoid the necessity of a motion; however, Plaintiff
2  refused a stipulation and advised counsel to file the instant motion.
3     8.  This motion is not interposed for the purpose of delay.
4     9.  No party will be unduly prejudiced if the Court grants Affinia a short extension of time to
5  enable Affinia to appropriately respond to the Complaint.
6     10. Therefore, Affinia respectfully requests an extension of time, up to and including
7  February 24, 2020 to respond to Plaintiff's Complaint.
8     11. This is Affinia's first request for an extension of time to respond to the Complaint.
9     **WHEREFORE**, Affinia respectfully requests that this Court grant the instant Motion, issue
10 an order enlarging the time for Affinia to file a response to the Complaint up to and including
11 February 24, 2020 and that this Court provide such other and further relief as it deems just and
12 necessary.
13 Dated:  1/29/2020                            **McCALLA RAYMER LEIBERT PIERCE, LLP**

                                              By:   */s/ Nabeel M. Zuberi*
                                                    **NABEEL M. ZUBERI**
                                                    Attorneys for Defendant,
                                                    Affinia Default Services, LLC